John C. Taylor, State Bar No. 78389
Louanne Masry, State Bar No. 190559
**TAYLOR & RING, LLP**
10900 Wilshire Boulevard, Suite 920
Los Angeles, California 90024
Email: taylor@taylorring.com; masry@taylorring.com
Telephone: (310) 209-4100
Facsimile: (310) 208-5052

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LIESS, individually and as Successor-in-Interest to Darren Liess; CAROL LIESS, individually and as Successor-in-Interest to Darren Liess, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, a public entity; CITY OF TORRANCE, a public entity; and DOES 1 through 100, inclusive. <br><br> Defendants. | CASE NO. CV14-4374-PA-FFM <br><br> Assigned to: Judge Percy Anderson <br> Courtroom: 15 – Spring Street <br><br> Assigned to: Magistrate Frederick F. Mumm <br> Courtroom: E – 9th Floor <br><br> **DECLARATION OF PLAINTIFFS' COUNSEL, LOUANNE MASRY, REGARDING OSC RE: SANCTIONS** |

Plaintiffs Donald Liess and Carol Liess, individually and as successors-in-interest to decedent, Darren Liess, hereby submit the following declaration of Louanne Masry regarding the Court's Order to Show Cause re: sanctions for failure to conduct a timely settlement conference.

Dated: April 2, 2015

TAYLOR & RING, LLP
By:_____
Louanne Masry
Attorneys for Plaintiff

1

## DECLARATION OF LOUANNE MASRY

I, Louanne Masry, hereby declare as follows:

1.     I am an attorney duly licensed to practice law before all courts of the State of California and the Central District of California.  I am a partner with the law firm of Taylor & Ring, who represents Plaintiffs, Donald and Carol Liess, in this action.

2.     I have personal knowledge of the following facts and, if called as a witness in this matter, could and would competently testify thereto under oath.

3.     I respectfully make this declaration in response to the Court's Order to Show Cause relating to the parties' failure to conduct a timely settlement conference.

4.     Since the Court's service of the "Schedule of Trial and Pretrial Dates," the parties were aware that the Court had set a deadline of March 2, 2015 to conduct a settlement conference.  Throughout this matter, the parties' counsel have worked together in a very cooperative and respectful way.  The parties have had no disputes during this litigation and have been very courteous of each other's calendars and other matters.

5.     However, despite our best efforts to complete the settlement conference by March 2, 2015, the parties were unable to secure a date with an agreed-upon settlement officer until March 24, 2015.  The reasons for the delay included the coordination of both Plaintiffs' and Defendants' counsel's schedules with the schedule of a settlement officer.  However, the delay primarily involved the parties' agreement that a settlement conference would be more fruitful after a completion of certain discovery, including documents from the Los Angeles Fire Department ("LAFD") which were produced on or about March 19, 2015.  These LAFD documents included pages which were not previously produced by the LAFD much earlier in this litigation and were important for the evaluation of this case.

6.     On March 24, 2015, the parties did complete a settlement conference with Richard Copeland, Esq. of Conflict Solution Services.  All parties, representatives, and counsel were present.  The parties were unable to reach a settlement.

7.    I respectfully apologize to the Court for not complying with the Court's order that a settlement conference be completed by March 2, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 2nd day of April, 2015 at Los Angeles, California.

_____
Louanne Masry

3